ILENE JAROSLAW (IJ0569)
PHILLIPS NIZER LLP
485 Lexington Avenue, 14th Fl.
New York, NY 10017
ijaroslaw@phillipsnizer.com
Telephone: (212) 977-9700
*Attorney for Plaintiff Craig Maurizi*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRAIG MAURIZI,<br><br>       Plaintiff,<br><br>- against -<br><br>RICHARD CALLAGHAN, BUFFALO SKATING CLUB, INC., PROFESSIONAL SKATERS ASSOCIATION, and THE UNITED STATES FIGURE SKATING ASSOCIATION d/b/a U.S. FIGURE SKATING,<br><br>       Defendants. | Civil Action No. 20-cv-922 (JLS) (LGF)<br><br>**NOTICE OF MOTION TO SEAL EXHIBIT C TO PLAINTIFF'S OPPOSITION TO DEFENDANT CALLAGHAN'S MOTION TO VACATE DEFAULT JUDGMENT** |

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Ilene Jaroslaw, Plaintiff Craig Maurizi, by and through his counsel, Phillips Nizer LLP, hereby moves this Court before the Honorable John L. Sinatra, Jr., United States District Judge for the Western District of New York, for an Order to the Clerk of the Court to permit the filing under seal of Exhibit C to

the Declaration Submitted in Opposition to Defendant Callaghan's Motion to Vacate.

Respectfully submitted,

PHILLIPS NIZER LLP

By: _____

Ilene Jaroslaw
485 Lexington Avenue, 14th Floor
New York, New York 10017
(212) 977-9700

*Attorney for Plaintiff Craig Maurizi*

Dated: New York, New York
December 3, 2020